# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
                        ) No. 70499-1-I
                        )
        Respondent, )
                        ) DIVISION ONE
         v.                   )
                        ) UNPUBLISHED OPINION
COUNT MARKANTHONY CORHAN, )
AKA MARK ANTHONY CORHAN, )
                        )
        Appellant.        ) FILED: June 30, 2014

PER CURIAM. Count Corhan appeals from the judgment and sentence entered after he pleaded guilty to three counts of harassment – domestic violence. The State concedes, and we agree, that the trial court erroneously imposed a 72-month term of probation. We reverse the sentence and remand for further proceedings. See RCW 9.95.210(1)(a); State v. Parent, 164 Wn. App. 210, 212, 267 P.3d 358 (2011).

In his statement of additional grounds for review, Corhan alleges that he did not understand the terms of his plea bargain, that he was unable to read the plea documents because his attorney denied his request for reading glasses, that the deputy prosecutor and defense counsel changed the terms of the plea bargain without his consent, and that he did not commit the charged crimes. But because these contentions all rest on factual allegations and materials that are not part of the record on appeal, we cannot consider them. See State v. McFarland, 127 Wn.2d 322, 355, 899 P.2d 1251 (1995) (reviewing courts do not consider matters outside the record in a direct appeal).

Accordingly, we affirm Corhan's conviction. We reverse the sentence and remand for further proceedings.

Affirmed in part, reversed in part, and remanded.

For The Court:

Becker, J.

Leach, J.

FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON

2014 JUN 30 AM 10: 39